UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Phillip Bianco, )
)
    Plaintiff, )
)
        v. )    Civil Action No.  12 0787
)
United States *et al.*, )
)
    Defendants. )
)

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

N

3

Plaintiff is a resident of Wilkinsburg, Pennsylvania, purportedly suing the United States and "26 Federal Plaza Community" in New York, New York. Compl. Caption. The rambling 36-page complaint (sans exhibits) is best exemplified by plaintiff's assertion that "there is no one Law, Rule, Statue [sic] or Act that [he] can plead because the decades long of a constant & continual series of continued incidents and events are to [sic] broad of a scope to narrow down to any one particular law or legal pleading." Compl. at 4 ¶ 4. Because the complaint fails to provide any notice of a claim and the basis of federal court jurisdiction, it will be dismissed. A separate Order accompanies this Memorandum Opinion.

_____
United States District Judge

Date: April 21st, 2012